# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

     v.       Crim. No. 5:21-CR-172-1FL

ANGELINE MOMBRUN-RAUCH

  On January 29, 2021, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

            I declare under penalty of perjury that the foregoing is true and correct.

            /s/ Linwood E. King  
            Linwood E. King  
            U.S. Probation Officer  
            310 New Bern Avenue, Room 610  
            Raleigh, NC 27601-1441  
            Phone: 919-861-8682  
            Executed On: August 18, 2023

## ORDER OF COURT

  Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

  Dated this ___18th___ day of _____August_____, 2023.

            _____  
            Louise W. Flanagan  
            U.S. District Judge